■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL JAMES, Also Known as DAMON ELVIN, Appellant. [657 NYS2d 413] —Judgment, Supreme Court, Bronx County (George Daniels, J.), rendered February 17, 1995, convicting defendant, upon his plea of guilty, of two counts of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4 to 8 years, unanimously affirmed.

Having failed to move to withdraw his plea on the specific grounds now asserted on appeal, defendant's current claim that he was inadequately warned that a violation of the plea conditions would result in an enhanced sentence is unpreserved for appellate review (*People v Mackey*, 77 NY2d 846), and we decline to review it in the interest of justice. Were we to review it, we would find it without merit (*People v Cruz*, 237 AD2d 218), and that defendant's use of false pedigree information to

obtain a favorable plea bargain independently justified an enhanced sentence with no option to withdraw the plea *(supra)*. Concur—Milonas, J. P., Nardelli, Williams and Andrias, JJ.